

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00648-CV

In the Interest of J.P. and A.P., Children

On appeal from the
148th District Court of Nueces County, Texas
Trial Cause No. 2017-FAM-3614-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed in part, affirmed as modified in part, and remanded to the trial court. The Court orders the judgment of the trial court REVERSED IN PART, AFFIRMED AS MODIFIED IN PART, AND REMANDED for further proceedings consistent with its memorandum opinion. Costs of the appeal are adjudged against appellant although she is exempt from payment due to her affidavit of inability to pay costs.

We further order this decision certified below for observance.

January 9, 2020